| | |
|---|---|
| 1 | Paul R. Kiesel, State Bar No. 119854 |
|   |    *kiesel@kiesel.law* |
| 2 | Helen E. Zukin, State Bar No. 117933 |
|   |    *zukin@kiesel.law* |
| 3 | Jeffrey A. Koncius, State Bar No. 189803 |
|   |    *koncius@kiesel.law* |
| 4 | Nicole Ramirez, State Bar No. 279017 |
|   |    *ramirez@kiesel.law* |
| 5 | **KIESEL LAW LLP** |
|   | 8648 Wilshire Boulevard |
| 6 | Beverly Hills, CA 90211-2910 |
|   | Tel:   310-854-4444 |
| 7 | Fax:  310-854-0812 |
| 8 | Attorneys for Plaintiffs and the Proposed Classes |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, BRENDA FLINN, and ELIEZER CASPER on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>            Defendant. | **Case No.:**<br><br>**CLASS ACTION**<br><br>**EXHIBITS TO CLASS ACTION COMPLAINT FOR:**<br><br>(1) Violation of the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.*;<br>(2) Violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*;<br>(3) Fraud;<br>(4) Negligent Misrepresentation;<br>(5) Breach of Express Warranty;<br>(6) Breach of Implied Warranty;<br>(7) Violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*;<br>(8) Violation of the Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1791 *et seq.*;<br>(9) Unjust Enrichment;<br>(10) Violation of the Florida Unfair & Deceptive Trade Practices Act, Fla. Stat. § 501.201 *et seq.*; |

(11) Violation of the Kansas Consumer Protection Act, Kan. Stat. Ann. § 50-623 *et seq.*;
(12) Violation of the Virginia Consumer Protection Act, Va. Code Ann. § 59.1-196 *et seq.*; and
(13) Violation of the Washington Consumer Protection Act, RCW 19.86 *et seq.*

**DEMAND FOR JURY TRIAL**