MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
Jahmy S. Graham, Bar No. 300880
jahmy.graham@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, BRENDA FLINN, and ELIEZER CASPER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 2:17-cv-00035-VAP (KSx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Memorandum of Points and Authorities; Request for Judicial Notice; Declarations of Barry M. Hare and David L. Schrader filed concurrently herewith]<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Date: April 3, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Ctrm.: 8A, 8th Floor<br><br>Complaint filed: January 3, 2017 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90809060.1

NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFFS' COMPLAINT

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on April 3, 2017 at 2:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 8A of the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, the Honorable Virginia A. Phillips presiding, Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") will and hereby does move the Court for an order dismissing Plaintiffs' Paul Stockinger, Elizabeth Stockinger, Gailyn Kennedy, Basudeb Dey, Brenda Flinn, and Eliezer Casper (collectively, "Plaintiffs") Class Action Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b).

Toyota moves to dismiss the entirety of Plaintiffs' Complaint for the following reasons:

*First,* Plaintiffs fail to plausibly allege a defect with their HVAC systems that is causing the purported odors experienced.

*Second*, Plaintiffs' fraud-based claims fail because Plaintiffs do not identify a material misrepresentation made by Toyota about their vehicles or HVAC systems. Similarly, Plaintiffs fail to identify an omission by Toyota and that Toyota had a duty to disclose this fact. Moreover, it is undisputed that Toyota discloses the possibility of HVAC odor in its owner's manuals.

*Third,* Plaintiffs fail to plead a breach of warranty claim. Plaintiffs' breach of express warranty claim fails because the written warranty is limited to defects in "materials and/or workmanship" and does not cover design defects. Plaintiffs also fail to plead a breach of the implied warranty of merchantability because their vehicles are fit for their ordinary purpose of providing transportation. The failure to plead an underlying breach of warranty claim requires dismissal of Plaintiffs' claims under the Song-Beverly Warranty Act and the Magnuson-Moss Warranty Act.

1  *Fourth*, Plaintiffs have not otherwise alleged a claim under state consumer protections laws for any "unlawful" or "unfair" conduct.

*Fifth,* Plaintiffs' equitable claims fail because Plaintiffs have alleged that there is an inadequate remedy at law. Further, unjust enrichment is not an independent claim under prevailing California law.

*Sixth*, Plaintiffs do not have standing to pursue claims regarding vehicles they did not purchase.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on February 24, 2017.  This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, Toyota's Request for Judicial Notice, the Declaration of Barry M. Hare, the Declaration of David L. Schrader, and all other matters that may be judicially noticed, as well as the files and records in this case, and any oral or documentary evidence that may be adduced at the hearing on this matter.

Dated:  March 3, 2017

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader
Esther K. Ro
Jahmy S. Graham


By  /s/ David L. Schrader
David L. Schrader
Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.