MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
Jahmy S. Graham, Bar No. 300880
jahmy.graham@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, BRENDA FLINN, and ELIEZER CASPER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 2:17-cv-00035-VAP-KS<br><br>**DECLARATION OF BARRY M. HARE IN SUPPORT OF TOYOTA MOTOR SALES, U.S.A., INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Request for Judicial Notice; and Declaration of David L. Schrader filed concurrently herewith]<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Date: April 3, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Ctrm.: 8A, 8th Floor<br><br>Complaint filed: January 3, 2017 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

HARE DECLARATION ISO TOYOTA'S MOTION TO DISMISS

DB1/ 90767958.2

# DECLARATION OF BARRY M. HARE

I, Barry M. Hare, hereby declare as follows:

1. I am over the age of 18 and competent to sign this Declaration. I submit this Declaration in support of Toyota Motor Sales, U.S.A., Inc.'s ("Toyota") Motion to Dismiss ("Motion") Plaintiffs' Complaint ("Complaint") and the Request for Judicial Notice in support of Toyota's motion. Unless otherwise specifically identified herein, I make this Declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am an automotive engineer and joined Toyota in 2006, as the National Design and Technical Analysis Manager for Toyota. As of April 2016, I have been employed as the National Design and Technical Analysis Manager at Toyota Motor North America, Inc. I manage the Technical Analysis Group, and—along with other engineers— provide technical assistance and analysis as it relates to Toyota, Lexus and Scion vehicles in North America, including analysis of the field performance of these vehicles.

3. Based on my experience at Toyota, I am familiar with the Owner's Manuals, which are prepared by Toyota Motor Corporation ("TMC") and accompany Toyota and Lexus vehicles at the time of their initial retail sale. I have reviewed various owner's manuals for Toyota and Lexus vehicles in connection with my work at Toyota. Owner's Manuals provide warnings and instructions on how to operate the vehicle and explain the various features with which the vehicle is equipped. Owner's Manuals for most Toyota and Lexus vehicles are available online at http://www.toyota.com/owners/resources/owners-manuals and http://drivers.lexus.com/lexusdrivers/resources/manuals-warranty, respectively.

4. Based on my experience at Toyota, I am also familiar with the Warranty and Maintenance/Services Guides, which are produced by Toyota Motor Sales, U.S.A., Inc., and which accompany Toyota and Lexus vehicles at the time of

their initial retail sale. Warranty and Maintenance Guides (Toyota) and Warranty and Services Guides (Lexus) provide warranty information, maintenance recommendations and requirements, and owner amenities in connection with Toyota and Lexus vehicles. Warranty and Maintenance/Services Guides for Toyota and Lexus vehicles are generally available online at http://www.toyota.com/owners/resources/owners-manuals and http://drivers.lexus.com/lexusdrivers/resources/manuals-warranty, respectively.

5. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from a representative copy of the 2011 model year Toyota Sienna Owner's Manual, available online at the Toyota.com website.

6. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from a representative copy of the 2015 model year Toyota Sienna Owner's Manual available online at the Toyota.com website.

7. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from a representative copy of the 2014 model year Toyota Prius Owner's Manual available online at the Toyota.com website.

8. Attached hereto as **Exhibit 4** are true and correct copies of excerpts from a representative copy of the 2015 model year Toyota RAV4 Owner's Manual available online at the Toyota.com website.

9. Attached hereto as **Exhibit 5** are true and correct copies of excerpts from a representative copy of the 2011 model year Toyota Sienna Warranty and Maintenance Guide available online at the Toyota.com website.

10. Attached hereto as **Exhibit 6** are true and correct copies of excerpts from a representative copy of the 2015 model year Toyota Sienna Warranty and Maintenance Guide available online at the Toyota.com website.

11. Attached hereto as **Exhibit 7** are true and correct copies of excerpts from a representative copy of the 2014 model year Toyota Prius Warranty and Maintenance Guide available online at the Toyota.com website.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90767958.2

2
HARE DECLARATION ISO TOYOTA'S MOTION TO DISMISS

12. Attached hereto as **Exhibit 8** are true and correct copies of excerpts from a representative copy of the 2015 model year Toyota RAV4 Warranty and Maintenance Guide available online at the Toyota.com website.

13. Attached hereto as **Exhibit 9** are true and correct copies of excerpts from a representative copy of the 2007 model year Lexus ES 350 Warranty and Services Guide available online at the Lexus.com website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2017 at ___Plano___, Texas.

*/s/ Barry M. Hare*
Barry M. Hare