1  Paul R. Kiesel, State Bar No. 119854
     kiesel@kiesel.law
2  Helen E. Zukin, State Bar No. 117933
     zukin@kiesel.law
3  Jeffrey A. Koncius, State Bar No. 189803
     koncius@kiesel.law
4  Nicole Ramirez, State Bar No. 279017
     ramirez@kiesel.law
5  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
6  Beverly Hills, CA 90211-2910
   Tel:   310-854-4444
7  Fax:   310-854-0812

8  Attorneys for Plaintiffs and the Proposed Classes

9  *(Additional Attorneys Listed on Signature Page)*

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, BRENDA FLINN, and ELIEZER CASPER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | **Case No.: 2:17-cv-00035-VAP (KSx)**<br><br>**STIPULATION TO EXTEND TIME**<br><br>**Complaint served:**<br>**January 12, 2017**<br><br>**Judge: Hon. Virginia A. Phillips**<br>**Ctrm: 8A, 8th Floor** |

STIPULATION TO EXTEND TIME

Pursuant to Local Rule 7-1 and the Court's Standing Order ¶¶ 4 & 11, and as set forth in the Declaration of Peter A. Muhic, Plaintiffs Paul Stockinger, Elizabeth Stockinger, Gailyn Kennedy, Basudeb Dey, Brenda Flinn, and Eliezer Casper ("Plaintiffs") and Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota"), through their counsel, respectfully submit the following Stipulation to Extend Time:

WHEREAS, Plaintiffs filed their Complaint against Toyota on January 3, 2017 and served Toyota on January 12, 2017, and pursuant to Local Rule 8-3, the parties agreed to extend the deadline for Toyota's responsive pleading until March 3, 2017;

WHEREAS, Toyota filed its motion to dismiss the Complaint on March 3, 2017, and Plaintiffs' response to the motion to dismiss is currently due on March 13, 2017;

WHEREAS, Plaintiffs intend to amend their Complaint under FED. R. CIV. P. 15(a)(1)(B), which provides for an amendment, as a matter of course, within 21 days after the service of Toyota's motion to dismiss;

THEREFORE, good cause exists to grant this Stipulation in order to clarify any conflict between Plaintiffs' March 13, 2017 deadline to respond to the motion to dismiss and the March 24, 2017 deadline for amending the Complaint under FED. R. CIV. P. 15(a)(1)(B), and in order to provide the parties adequate time for briefing the issues in this case, the parties hereby stipulate and agree to the following schedule:

1. Plaintiffs' Amended Complaint shall be due no later than March 24, 2017;
2. Toyota's answer or motion to dismiss the Amended Complaint shall be due no later than April 17, 2017;
3. Plaintiffs' opposition to Toyota's motion to dismiss the Amended Complaint shall be due no later than May 8, 2017;

4. Toyota's reply brief in further support of the motion to dismiss the Amended Complaint shall be due no later than May 22, 2017; and

5. Toyota's motion to dismiss the Amended Complaint will be heard on June 5, 2017, at 2:00 p.m.

The parties respectfully request the Court enter an Order approving the above-schedule.

**IT IS SO STIPULATED**

Dated: March 13, 2017                          Respectfully submitted,

                                                                KESSLER TOPAZ
                                                                 MELTZER & CHECK, LLP
                                                                 Joseph H. Meltzer
                                                                 Peter A. Muhic
                                                                 Melissa L. Troutner

                                                             By: /s/ Peter A. Muhic
                                                                Joseph H. Meltzer
                                                                Peter A. Muhic
                                                                Melissa L. Troutner


                                                                KIESEL LAW LLP
                                                                Jeffrey A. Koncius
                                                                Paul R. Keisel
                                                                Helen Zukin

                                                                Attorneys for Plaintiffs

Dated: March 13, 2017

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader
Esther K. Ro

By: /s/ Esther K. Ro
David L. Schrader
Esther K. Ro

Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.

**L.R. 5-4.3.4(a)(2)(i) Certification:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ Peter A. Muhic
Peter A. Muhic