UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  LA 17-cv-00035 VAP (KSx)            Date  6/5/2017

Title  *Paul Stockinger, et al  v.  Toyota Motor Sales  USA, Inc.,*

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jeffrey Koncius | David L. Schrader |
| Peter A. Muhic | Esther K. Ro |

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
[DOC. NO. 39]

Matter called.  Counsel of record are present.  Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**