1
2
3
4
5

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

6
7

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.,
a California corporation

8
9
10
11
12
13
14
15

KESSLER TOPAZ
   MELTZER & CHECK, LLP
Joseph H. Meltzer (*pro hac vice*)
jmeltzer@ktmc.com
280 King of Prussia Road
Radnor, PA  19807
Tel:   +1.610.667.7706
Fax:   +1.610.667.7056

Attorneys for Plaintiffs
PAUL STOCKINGER, ELIZABETH
STOCKINGER, BASUDEB DEY, GAILYN
KENNEDY, ELIEZER CASPER, and
YVETTE ALLEY

CAPSTONE LAW APC
Tarek H. Zohdy, Bar No. 247775
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett, Bar No. 275553
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1875 Century Park East
Suite 1000
Los Angeles, California 90067
Tel:   +1.310.556.4811
Fax:   +1.310.943.0396

Attorneys for Plaintiff
NORMAN BEIL

16

**UNITED STATES DISTRICT COURT**

17

**CENTRAL DISTRICT OF CALIFORNIA**

18
19
20
21
22
23
24
25
26
27
28

PAUL STOCKINGER, ELIZABETH
STOCKINGER, GAILYN KENNEDY,
BASUDEB DEY, ELIEZER CASPER,
YVETTE ALLEY, and NORMAN
BEIL on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A.,
INC., a California corporation,

Defendant.

**Case No.: 17-cv-00035-VAP-KS**

**NOTICE OF SETTLEMENT**

1    Pursuant to Central District Local Rule 16-15.7, Plaintiffs Paul Stockinger,

2    Elizabeth Stockinger, Gailyn Kennedy, Basudeb Dey, Eliezer Casper, Yvette Alley,

3    and Norman Beil ("Plaintiffs") and Toyota Motor Sales, U.S.A., Inc. ("Defendant"),

4    collectively the "Parties," by and through their counsel of record, hereby notify the

5    Court that they have reached an agreement in principle to settle this matter on an

6    individual basis.

7    The Parties are in the process of memorializing the terms of the settlement into

8    a written agreement. Following full execution of the agreement, and no later than sixty

9    (60) calendar days thereafter, the parties will file a stipulation of dismissal.

10    In light of the foregoing, the Parties further agree and request that the Court

11    vacate the Scheduling Conference set for December 13, 2021, at 1:30 p.m. (Dkt. 292),

12    and all related deadlines flowing therefrom.

13

14    Dated:  December 2, 2021         KESSLER TOPAZ
                                         MELTZER & CHECK LLP
15

16                                       By  /s/ Joseph H. Meltzer
                                             Joseph H. Meltzer
17                                           Melissa L. Troutner
                                             Tyler S. Graden
18
                                             Attorneys for Plaintiffs
19                                           Paul Stockinger, Elizabeth Stockinger,
                                             Gailyn Kennedy, Basudeb Dey, Eliezer
20                                           Casper, and Yvette Alley

21

22

23    Dated:  December 2, 2021         CAPSTONE LAW APC

24
                                         By  /s/ Tarek H. Zohdy
25                                           Tarek H. Zohdy
                                             Cody R. Padgett
26
                                             Attorneys for Plaintiff
27                                           Norman Beil

28

                                         NOTICE OF SETTLEMENT
                                         Case No.: 17-cv-00035-VAP-KS

1

2    Dated:  December 2, 2021          MORGAN, LEWIS & BOCKIUS LLP

3
                                       By  */s/ Mark A. Feller*
4                                          David L. Schrader
                                           Lisa R. Weddle
5                                          Mark A. Feller

6                                          Attorneys for Defendant
                                           Toyota Motor Sales, U.S.A., Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
Case No.: 17-cv-00035-VAP-KS