JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, ELIEZER CASPER, YVETTE ALLEY, and NORMAN BEIL on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,

Defendant.

Case No. 2:17-cv-00035-VAP (KSx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge:   Hon. Virginia A. Phillips
Ctrm.:   8A, 8th Floor

The Court has considered the Stipulation of Dismissal With Prejudice submitted by the Parties, Paul Stockinger, Elizabeth Stockinger, Gailyn Kennedy, Yvette Alley, Eliezer Casper, Basudeb Dey, and Norman Beil (collectively "Plaintiffs") and Defendant Toyota Motor Sales, U.S.A., Inc., to dismiss this Action and grants said Stipulation. The Court hereby dismisses this Action with prejudice.

**IT IS SO ORDERED.**

Dated: <u>March 4, 2022</u>

Honorable Virginia A. Phillips